UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS D. VANSELOW,<br><br>  Defendant. | No. CR24-004-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE |

THE COURT has considered Thomas Vanselow's unopposed motion to temporarily modify conditions of release, Dkt. # 24, along with the record in this case.

The motion is GRANTED. Mr. Vanselow's special condition will be modified to state that he is permitted to go to the Seattle campus of the VA for urgent or emergency medical care as determined by an emergency responder. If he requires urgent or emergency medical care, he shall notify his probation officer as soon as practicable. All other conditions of bond remain in place.

DATED this 20th day of June 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO TEMPORARILY MODIFY
CONDITIONS OF RELEASE - 1
*U.S. v. Vanselow*, CR24-004-JHC