# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00004-JHC |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS D. VANSELOW, | |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release. Dkt. # 45. The Court has considered the motion, the opposition thereto (Dkt. # 46), the rest of the case file, and the governing law. Being fully advised, for the reasons presented by the Government, the Court DENIES the motion.

DATED this 26th day of September, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE