UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS D. VANSELOW, <br><br> Defendant. | No. CR24-004-JHC <br><br> ORDER TO SEAL DEFENSE SENTENCING MEMORANDUM AND EXHIBITS |

THE COURT has considered Thomas Vanselow's motion to seal his sentencing memorandum and exhibits along with the records in this case. Dkt. # 51. The Government has indicated to the Courtroom Deputy that it does not oppose the motion. For the reasons presented by Defendant, the Court GRANTS the motion.

IT IS ORDERED that Mr. Vanselow's sentencing memorandum and exhibits shall be filed under seal until further order of this Court.

DONE this 31st day of October, 2024

*(signature)*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE